IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | | |
|---|---|---|
| KENTUCKY LABORERS DISTRICT COUNCIL HEALTH AND WELFARE FUND; KENTUCKY LABORERS APPRENTICESHIP AND TRAINING TRUST FUND; LABORERS' NATIONAL PENSION FUND; and KENTUCKY LABORERS – EMPLOYERS COOPERATION AND EDUCATION TRUST, | ) ) ) ) ) ) ) ) | Civil Case No. 3:19-cv-72-GFVT  (Electronically Filed) |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| DANNY SULLIVAN EXCAVATING, LLC, an Ohio limited liability company, | ) ) ) ) | |
| Defendant. | ) ) | |

**RULE 7.1 DISCLOSURE**

\*\* \*\* \*\* \*\*\*

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs, the Kentucky Laborers District Council Health and Welfare Fund and the Kentucky Laborers Apprenticeship and Training Trust Fund, the Laborers' National Pension Fund, and the Kentucky Laborers – Employers Cooperation and Education Trust, by the undersigned counsel, submit this Corporate Disclosure Statement:

  The Plaintiffs in the above-listed action are non-governmental entities and have no parent corporation(s), and no publicly held corporation(s) own 10% or more of any related stock.

  Dated this 8th day of October, 2019.

                Respectfully submitted,

                /s/ Dennis R. Johnson
                Dennis R. Johnson (KY Bar No. 96387)
                Johnson & Krol, LLC
                311 S. Wacker Drive, Suite 1050
                Chicago, IL 60606
                (312) 757-5460
                johnson@johnsonkrol.com